## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **COMMERCIAL TIRE & RETREADING, INC.** | **CIVIL ACTION** |
| **VERSUS** | **NO: 06-4865** |
| **MT. HAWLEY INSURANCE COMPANY, INC., ET AL.** | **SECTION: "K"(5)** |

## ORDER

This Court held a status conference with counsel for all parties on December 3, 2007.

The purpose of this conference was to consider the Plaintiff's Motion for a New Trial (Rec. Doc.

47). The Plaintiff argues that this Court incorrectly denied its Motion to Remand (Rec. Doc. 13)

and incorrectly granted Defendants Derek Hailey and Hailey Insurance Company's Motion for

Summary Judgment (Rec. Doc. 14). The Plaintiff claims that these two defendants improperly

removed this case to federal court beyond the 30-day time limit for removal set for in 28 U.S.C.

§ 1446.[1] During the status conference, the defendants did not dispute this fact. Indeed, 28

U.S.C. § 1446 does bar removal in this case because Plaintiff filed its action on August 28, 2006,

and Defendants removed the action on March 9, 2007. As such, this Court finds that it

---

[1]The relevant section provides:

The notice of removal of a civil action or proceeding shall be filed within thirty days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based, or within thirty days after the service of summons upon the defendant if such initial pleading has then been filed in court and is not required to be served on the defendant, whichever period is shorter.

28 U.S.C. § 1444(b). *See also Howery v. Allstate Ins. Co.*, 243 F.3d 912, 921 n.46 (5th Cir. 2001) (noting that remedy for failure to remove within thirty days of the filing of the complaint is remand to state court).

incorrectly denied the Plaintiff's Motion to Remand and therefore this Court did not have

jurisdiction to decide the Defendant's Motion for Summary Judgment.  Accordingly,

      **IT IS ORDERED** that the Plaintiff's Motion for a New Trial (Rec. Doc. 47) is

**GRANTED**.  The Court **WITHDRAWS** its Order of November 6, 2007 (Rec. Doc. 46).  This

Court further finds that Defendants Derek Hailey and Hailey Insurance Services, L.L.C.,

improvidently removed this case to federal court beyond the 30-day limit of 28 U.S.C. § 1446.

Therefore, the action against Defendants Derek Hailey and Hailey Insurance Services, L.L.C., is

hereby **REMANDED** to Civil District Court, Parish of Orleans, State of Louisiana.  The action

against Defendant Mt. Hawley Insurance Company, Inc., remains on this Court's docket under

Civ. A. No. 06-4865.[2]

      New Orleans, Louisiana, this __3rd__ day of December, 2007.

                              **STANWOOD R. DUVAL, JR.**
                              **UNITED STATES DISTRICT JUDGE**

---

[2]The action against Derek Hailey and Hailey Insurance Services that was removed from Orleans Parish Civil District Court was originally given docket number Civ. A. No. 07-1230. That case was associated with Civ. A. No. 06-4865 by order of this Court dated May 15, 2007.