UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **COMMERCIAL TIRE AND RETREADING, INC.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 06-4865** |
| **MT. HAWLEY INSURANCE COMPANY, INC.** | **SECTION "K"(2)** |

## ORDER

For the reasons stated in the Minute Entry dated September 16, 2008,

**IT IS ORDERED** that this matter is **STAYED,** and the Clerk of Court shall mark this action **CLOSED** for statistical purposes.

**IT IS FURTHER ORDERED** that the Court shall retain jurisdiction and that the case shall be restored to the trial docket in the event that either party files a motion to reopen the suit. This order shall not prejudice the rights of the parties to this litigation.

New Orleans, Louisiana, this 16th day of September, 2008.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE